STATE v. WISE

No. 93 PC.

Case below: 18 N.C. App. 151.

Petition for writ of certiorari to North Carolina Court of Appeals denied 12 July 1973.

STATE v. WOOTEN

No. 107 PC.

Case below: 18 N.C. App. 269.

Petition for writ of certiorari to North Carolina Court of Appeals denied 12 July 1973. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 12 July 1973.

STATE v. YELVERTON

No. 115 PC.

Case below: 18 N.C. App. 337.

Petition for writ of certiorari to North Carolina Court of Appeals denied 12 July 1973.